# Third District Court of Appeal

## State of Florida

Opinion filed February 8, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1666
Lower Tribunal No. F17-18021
_____


**Carlos Acosta,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

Brownstone, P.A., and Robert L. Sirianni, Jr., (Winter Park), for appellant.

Ashley Moody, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.


Before LOGUE, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.